IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Victor Salvo, on behalf of himself and all others similarly situated, | ) ) ) | Civil Action No. 2:17-cv-1266-RMG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **JOINT MOTION FOR APPROVAL OF SETTLEMENT** |
| SSWNN Corp. d/b/a Vickery's Shem Creek, 1313 Corp.; Gary Ney, Sam Weyman, James Stalker, and Jason Stalker, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Victor Salvo ("Salvo"), on behalf of himself and the Opt-In Plaintiffs ("Opt-In Plaintiffs") (collectively with Salvo, the "Plaintiffs"), and Defendants SSWNN Corp. d/b/a Vickery's Shem Creek, 1313 Corp., Gary Ney, Sam Weyman, James Stalker, and Jason Stalker (hereinafter referred to as "Defendants") (collectively with Plaintiffs referred to as the "Parties") hereby file this Joint Motion for Approval of Settlement of this matter as further set forth in the Memorandum and exhibits submitted herewith.

The Parties submit that the terms of the Settlement Agreement represent the fair, reasonable, and adequate resolution of a *bona fide* dispute as to Defendants' alleged liability under the Fair Labor Standards Act, 29 U.S.C. § 216(b) (the "FLSA") to the Plaintiffs (the "Settlement"). The Parties would respectfully request that the Court approve the Settlement Agreement and implement its terms.

| FALLS LEGAL, LLC | GIBBS & HOLMES |
|---|---|
| *s/* J. Scott Falls | *s/* Allan R. Holmes |
| J. Scott Falls | Allan R. Holmes |
| Federal I.D. No. 10300 | Federal I.D. No. 1925 |
| E-mail: scott@falls-legal.com | Email: aholmes@gibbs-holmes.com |
| Ashley L. Falls | Cheryl H. Ledbetter |
| Federal I.D. No. 12083 | Federal I.D. No. 11446 |
| E-mail: ashley@falls-legal.com | Email: cledbetter@gibbs-holmes.com |
| 245 Seven Farms Drive, Suite 250 | 171 Church Street, Suite 110 |
| Charleston, South Carolina 29492 | Charleston, South Carolina 29401 |
| Telephone: (843) 737-6040 | Telephone: (843) 722-0033 |
| Facsimile: (843) 737-6140 | Facsimile: (843) 722-0114 |

*Counsel for Plaintiff*                                *Counsel for Defendants*

December 6, 2018                                       December 6, 2018
Charleston, South Carolina                             Charleston, South Carolina