**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Victor Salvo, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) ) vs. ) ) SSWNN Corp. d/b/a Vickery's Shem ) Creek, 1313 Corp., Gary Ney, Sam ) Weyman, James Stalker, and Jason Stalker, ) ) Defendants. ) ) | Civil Action No. 2:17-1266-RMG  **ORDER** |

The parties in this action have submitted a Joint Motion for Approval of the Settlement Agreement. (Dkt. No. 50.) Upon consideration of the motion, the Stipulation of Settlement and Release and its Exhibits, and all other settlement documents and the pleadings in the case as a whole, and having concluded that the terms set forth in the parties' Stipulation of Settlement and Release represent a fair and reasonable resolution of a *bona fide* dispute, the Court hereby enters the following Order.

IT IS HEREBY ORDERED THAT:

1. Final class certification pursuant to 29 U.S.C. § 216(b) of the Named Plaintiff and similarly situated twelve (12) Opt-In members of the settlement class;

2. The Settlement Agreement is approved in its entirety as a fair and reasonable resolution of the parties' *bona fide* dispute;

3. In accordance with Section 2(A)(2) of the Stipulation of Settlement and Release, Named Plaintiff Victor Salvo shall receive an additional amount of $5,000 for his effort in bringing and prosecuting this matter;

-2-

4.    In accordance with Section 2(B) of the Stipulation of Settlement and Release, and in full and complete satisfaction of any claims by Plaintiffs or Plaintiffs' counsel for attorneys' fees and litigation-related costs and expenses in this case, Plaintiffs' counsel's attorneys' fees shall be $29,482.08, which shall compensate Plaintiffs' Counsel for work already performed in this case, and Plaintiffs' counsel shall be reimbursed litigation-related costs and expenses in the amount of $517.92;

5.    The lawsuit is dismissed with prejudice;

6.    The Court retains jurisdiction to enforce the terms of the parties' Stipulation of Settlement and Release.

The Joint Motion for Approval of the Settlement Agreement (Dkt. No. 50) is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

January 25, 2018
Charleston, South Carolina